**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| BILLY PEOPLES<br><br>    Plaintiff,<br><br>    v.<br><br>PRINCE GEORGE'S COUNTY GOVERNMENT, *et al.*,<br><br>    Defendants. | Civil Action No. 8:11-cv-00231-AW |

## ORDER

The Plaintiff filed a Complaint on January 26, 2011. (Doc. 1.) The Clerk's Office issued summonses for Defendants on February 2, 2011. (Doc. 6.) It appears to the Court that Plaintiff has failed effect service of process on Defendants within 120 days of filing the Complaint.

Therefore, it is this **30th day of September, 2011**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

1)    That, within **fourteen (14) days**, Plaintiff **SHOW CAUSE** as to why this Court should not dismiss this case, *without prejudice*, pursuant to Rule 4(m) and Local Rule 103.8(a); and

2)    That the Clerk of the Court submit a copy of this Order to all parties of record.

| | |
|---|---|
| September 30, 2011<br>Date | /s/<br>Alexander Williams, Jr.<br>United States District Judge |

1