## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BILLY PEOPLES** | * | |
| 11162 Commanders Lane | * | |
| White Plains, MD 20695 | * | |
| | * | |
| **PLAINTIFF** | * | |
| | * | |
| V. | * | **Case No.  AW-11-231** |
| **PRINCE GEORGE'S COUNTY** | * | |
| **GOVERNMENT, et al** | * | |
| | * | |
| **DEFENDANTS** | * | |

### NOTICE OF DISMISSAL

COMES NOW the Plaintiff, Billy Peoples, by and through his attorney, and pursuant to FRCP 41 files this Notice of Dismissal without prejudice.  None of the Defendants have been served in this case.

Oct. 12, 2011                                              Respectfully submitted


/S/ Sharon Y. Christmas-DeBerry
_____
Sharon Y. Christmas-DeBerry, Esq.
Kelsey & DeBerry, LLC
9200 Basil Court, Suite 314
Largo, Maryland 20774
(301) 883-8616